

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER

Appellate case name:     Juan Enriquez v. Ahmed A. Morsy, M.D.

Appellate case numbers:  01-18-00877-CV

Trial court case number:  18-CV-0884

Trial court:             10th District Court of Galveston County

      Appellant, Juan Enriquez, has filed a second motion for extension of time to file his response to appellee's motion for rehearing and for en banc reconsideration. The motion is **granted**, and the time to file appellant's response is extended to February 5, 2021. The Court will not grant additional motions to extend time absent extraordinary circumstances.

      It is so ORDERED.

Judge's signature: _____/s/ Julie Countiss_____
                         Acting individually

Date: _January 21, 2021___